UNITED STATES DISTRICT COURT          JS-6

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ERWIN R. PASCUAL,<br>JANET PAZ R. PASCUAL,<br>JOSEPH THOMAS R. PASCUAL,<br>JANN PATRICIA R. PASCUAL,<br><br>      Plaintiffs,<br><br>      v.<br><br>ERIC H. HOLDER, JR., ATTORNEY GENERAL, ET AL.,<br><br>      Defendants. | Case No. CV10-2279-PA-FMOx<br><br><br><br><br><br><br>**ORDER** |

IT IS HEREBY ORDERED that the above stipulation is approved, and that the above-captioned case is dismissed without prejudice, with each party bearing his or her own costs and fees, including attorneys' fees. This Court retains jurisdiction over the above-captioned case, for the purpose of enforcing the instant Order.

Dated: June 11, 2010                    _____

**HONORABLE PERCY ANDERSON**
**UNITED STATES DISTRICT JUDGE**

1